UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HUNG VUONG CORPORATION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CATFISH FARMERS OF AMERICA, *et al.* <br><br> Defendant-Intervenors. | **Court No. 19-00055** |

## NOTICE OF APPEAL

Notice is hereby given in the above-named case that Plaintiffs Hung Vuong Corporation, *et al.*, hereby appeal to the United States Court of Appeals for the Federal Circuit from the order and judgment of the Court of International Trade entered into this action on October 12, 2021 (Slip Op. 21-142) (ECF Nos. 92-94).

Dated: December 8, 2021  */s/* Robert L. LaFrankie
Robert L. LaFrankie
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:(202) 624-2500
Fax 202) 628-5116
*Counsel to Plaintiffs Hung Vuong Corp. et al.*