NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUNG VUONG CORPORATION, AN GIANG FISHERIES IMPORT EXPORT JOINT STOCK COMPANY, EUROPE JOINT STOCK COMPANY, ASIA PANGASIUS COMPANY LIMITED, HUNG VUONG BEN TRE SEAFOOD PROCESSING CO., LTD., HUNG VUONG SA DEC LIMITED COMPANY, HUNG VUONG VINH LONG COMPANY LIMITED, HUNG VUONG MASCATO COMPANY LIMITED,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, SIMMONS FARM RAISED CATFISH, INC., MAGNOLIA PROCESSING, INC., dba Pride of the Pond, HEARTLAND CATFISH COMPANY, GUIDRY'S CATFISH, INC., DELTA PRIDE CATFISH, INC., CONSOLIDATED CATFISH COMPANIES LLC, dba Country Select Catfish, CATFISH FARMERS OF AMERICA, AMERICA'S CATCH, ALABAMA CATFISH INC., dba Harvest Select Catfish, Inc.,**
*Defendants-Appellees*

---

2022-1261

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00055-MMB, Judge M. Miller Baker.

---

**ON MOTION**

**O R D E R**

Upon consideration of appellants' unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

(2) The parties shall bear their own costs.

FOR THE COURT

February 08, 2022　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court

ISSUED AS A MANDATE: February 08, 2022